IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02497-AP

MICHAEL S. HONC,

       Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
> Diane K. Craven, Esq.
> McDivitt Law Firm
> 19 East Cimarron Street
> Colorado Springs, CO 80903
> (719) 471-3700
> (719) 471-9782 (facsimile)
>
> For Defendant:
>
> TROY A. EID
> United States Attorney
>
> KURT J. BOHN

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action.  42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

Assistant United States Attorney

Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (fax)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:**  December 12, 2006

    **B.     Date Complaint Was Served on U.S. Attorney's Office:**  December 18, 2006

    **C.     Date Answer and Administrative Record Were Filed**:  February 16, 2007

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states that the record is complete.
Defendant states that the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff states that there is no additional evidence.
Defendant states that there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff states that the case raises no unusual claims or defenses.
Defendant states that the case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

**A.     Plaintiff's Opening Brief Due:**     March 30, 2007

**B.     Defendant's  Response Brief Due:**  April 23, 2007

**C.     Plaintiff's  Reply Brief (If Any) Due:** May 18, 2007

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

**A.**     Plaintiff does not request oral argument

**B.**     Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**B.     ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

***The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 26th day of February, 2007.

BY THE COURT:


 *S/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

4

APPROVED:


s/ Diane K. Craven
Diane K. Craven, Esq.
McDivitt Law Firm
19 East Cimarron Street
Colorado Springs, CO 80903
(719) 471-3700

Dcraven@mcdivittlaw.com

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0815

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)