IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-2497-AP**

**MICHAEL S. HONC,**

      Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

      Defendant.

---

### **ORDER**
---

Kane, J.

The Unopposed Motion for Award of Attorney Fees Under the Equal Access to Justice Act (doc. #17), filed May 11, 2007, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$2,946.42**.

Dated at Denver, Colorado, this 16th day of May, 2007.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT